# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 26, 2013

_____

### DOCKET CORRECTION NOTICE
_____

No. 13-4736,   US v. Ornis Leger
                3:12-cr-00206-MOC-DSC-4

TO:   Peter Crane Anderson

TRANSCRIPT ORDER DUE:  December 3, 2013

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.

[ ] Please identify the correct court reporter and file corrected transcript order form with any required CJA 24 form attached.

[ x ] Please file corrected forms, using separate CJA 24 form (if required) for each court reporter.

[ ] Please file corrected transcript order form and CJA 24 form, identifying same proceedings on each form.

[ ] Please attach copy of CJA 24 form submitted to district judge and re-file transcript order form with attached CJA 24 form.

[ ] Please make satisfactory financial arrangements and refile transcript order form indicating such arrangements have been made.

Joy Hargett Moore, Deputy Clerk
804-916-2702